United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MIGUEL ANGEL CISNEROS,<br>　　　　　Plaintiff,<br>　　v.<br>BRIAN DONNELLAN, et. al.,<br>　　　　　Defendants._____/ | No. C 15-2019 NJV (PR)<br>**ORDER OF DISMISSAL** |

　　　　This is a civil rights case filed pro se by a detainee incarcerated at San Mateo County Jail.  Plaintiff is awaiting trial and states that his attorney is not properly representing him and important documents and evidence are being hidden.  Plaintiff seeks for this court to investigate the handling of his case.  The court ordered plaintiff to show cause why this case should not be dismissed pursuant to *Younger v. Harris*, 401 U.S. 37, 43-54 (1971).  Plaintiff has not filed a response.

　　　　Under principles of comity and federalism, a federal court should not interfere with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances.  *See Younger v. Harris*, 401 U.S. 37, 43-54 (1971).   Federal courts should not enjoin pending state criminal prosecutions absent a showing of the state's bad faith or harassment, or a showing that the statute challenged is "flagrantly and patently violative of express constitutional prohibitions."  *Younger,* 401 U.S. at 46, 53-54 (cost, anxiety and inconvenience of criminal defense not kind of special circumstances or irreparable harm that would justify federal court intervention; statute must be unconstitutional in every "clause, sentence and paragraph, and in whatever manner" it is applied).  Abstention may be inappropriate in the "extraordinary circumstance" that (1) the

party seeking relief in federal court does not have an adequate remedy at law and will suffer irreparable injury if denied equitable relief, *see Mockaitis v. Harcleroad*, 104 F.3d 1522, 1528 (9th Cir. 1997) (citing *Younger*, 401 U.S. at 43-44), or (2) the state tribunal is incompetent by reason of bias, *see Gibson v. Berryhill*, 411 U.S. 564, 577-79 (1973).

Plaintiff has failed to respond and a review of his complaint does not indicate extraordinary circumstances to warrant federal court intervention. The complaint is dismissed.

## CONCLUSION

1. The motions to proceed in forma pauperis (Docket Nos. 2, 10) are **VACATED**.

2. This action is **DISMISSED** for failure to state a claim for the reasons set forth above.

**IT IS SO ORDERED.**

Dated: August 6, 2015.

NANDOR J. VADAS
United States Magistrate Judge

2